QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 K Street, Suite 1054
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
BRIAN HAMMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-02-353 GEB |
| Plaintiff, | ) **APPLICATION FOR ORDER AND** |
| | ) **ORDER EXONERATING BOND** |
| v. | ) |
| BRIAN HAMMER, | ) Judge: Hon. Gregory G. Hollows |
| Defendant. | ) |

On March 3, 2003, this defendant was released upon terms pretrial by Magistrate Judge Gregory G. Hollows. Defendant was eventually tried upon charges, convicted and served his sentence. Defendant was placed upon supervised release in May of 2005 where he remains at present.

Defendant now desires the return of his passport from the United States District Court, the passport having been surrendered as a term of the defendant's pretrial release.

Defendant's supervised release terms do not require the surrender of his passport, and his supervising probation officer does not oppose the return of the passport.

Thus, it is hereby requested that the passport be returned to the

defendant.

DATED: September 22, 2005.            Respectfully submitted,

                                      QUIN DENVIR
                                      Federal Defender


                                      _____
                                      MARK J. REICHEL
                                      Assistant Federal Defender

**O R D E R**

   IT IS HEREBY ORDERED that the passport be returned to the defendant in this case.

DATED: 9/22/05

                                      /s/ Gregory G. Hollows
                                      _____
                                      GREGORY G. HOLLOWS
                                      U.S. Magistrate Judge

hammer.ord

2