HEATHER E. WILLIAMS, Bar #122664
Federal Defender
SEAN RIORDAN, Bar #255752
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
sean_riordan@fd.org
Telephone: (916) 498-5700

Requesting Appointment for
BRIAN HAMMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:02-cr-00353- GEB |
|---|---|---|
| Plaintiff, | ) | **O R D E R (PROPOSED) APPOINTING COUNSEL** |
| vs. | ) | |
| BRIAN HAMMER, | ) | Judge:   Hon. Carolyn K. Delaney |
| Defendant. | ) | |

BRIAN HAMMER, through the Federal Defender for the Eastern District of California, hereby requests the Office of the Federal Defender be appointed as counsel.

On August 22, 2003, Mr. Hammer was sentenced by this Court and ordered to pay a special assessment and restitution in an amount of $36,700.  On August 25, 2014, the U.S. Attorney's Office sent him a Penalty Notice and a Demand Notice stating that, as to this special assessment and restitution, Mr. Hammer owed $37,380 in addition to any accrued interest or penalties.  Mr. Hammer contacted the Federal Defender's Office seeking assistance in resolving this matter.  The Federal Defender's Office completed a financial affidavit indicating that Mr. Hammer qualifies for appointed counsel.  The Federal Defender's Office respectfully requests appointment to represent Mr. Hammer.

DATED: February 17, 2015

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Sean Riordan*
SEAN RIORDAN
Assistant Federal Defender

## ORDER

Upon Brian Hammer's Application and the Federal Defender's review of his Financial Affidavit, having satisfied the Court that he is unable to employ counsel,

IT IS HEREBY ORDERED that the Federal Defenders Office is appointed as counsel to represent him pursuant to 18 U.S.C. § 3006A.

Dated: February 17, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE