HEATHER E. WILLIAMS, Bar #122664
Federal Defender
SEAN RIORDAN, Bar #255752
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
sean_riordan@fd.org
Telephone: (916) 498-5700

Attorneys for Defendant
BRIAN HAMMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>BRIAN HAMMER,<br><br>   Defendant. | Case №: 2:02-cr-00353- GEB<br><br>**MOTION TO WITHDRAW AS COUNSEL AND [PROPOSED] ORDER**<br><br>Judge:  Hon. Kendall J. Newman |

The Federal Defender's Office was appointed to represent Brian Hammer on February 18, 2015 with respect to restitution issues stemming from his original criminal conviction.  (ECF Doc. No. 120.)  After investigating those issues, we believe we cannot provide him the assistance he desires.  We are accordingly requesting that the court allow us to withdraw from our representation.  We have notified Mr. Hammer of our intent to seek withdrawal.

DATED: June 23, 2015

                                                                Respectfully submitted,

                                                                HEATHER E. WILLIAMS
                                                                Federal Defender

                                                                */s/ Sean Riordan*
                                                                SEAN RIORDAN
                                                                Assistant Federal Defender

ORDER

Upon the Federal Defender's motion, IT IS HEREBY ORDERED that the Federal Defender's Office may withdraw from its representation of Defendant in this matter. The Federal Defender shall provide a copy of this order to defendant;

Dated: June 24, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE