UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:02-cr-00353-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING** |
| BRIAN HAMMER, | |
| Defendant. | |

On July 23, 2015, Defendant filed a Motion for Permission for Electronic Case Filing. (ECF No. 129.)

This case is closed, and Defendant has not shown that he is authorized to file any document in this closed case. Therefore, his motion is DENIED.

Dated: July 24, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1